TOWNSHIP OF LAFAYETTE v. ORA M. JAGER.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. VAL ALEXANDER STEWART.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS SOTO MURPHY.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. TONY MARTIN.

June 10, 1981.

Petition for certification denied.

BYRON M. BAER v. MICHAEL SORBELLO.

June 10, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 182)